FLORENCE T. NAKAKUNI    #2584
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA #2556
Chief, Drug and Organized
Crime Section

CHRIS A. THOMAS        #3514
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 30 2012

at 9 o'clock and 35 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 12-1375KSC |
| | ) | |
| Plaintiff, | ) | CRIMINAL COMPLAINT |
| | ) | |
| vs. | ) | |
| | ) | |
| JACOB LYMAN, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL COMPLAINT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On and before July 23, 2012, in the District of Hawaii and elsewhere, the defendant **JACOB LYMAN**, did knowingly and

intentionally possess with intent to
distribute 50 grams or more of
methamphetamine, its salts, isomers, and
salts of its isomers, a Schedule II
controlled substance, knowing and intending
the crystal methamphetamine to be
distributed in Hawaii, all in violation of
Title 21, United States Code, Section 841
(a)(1).

I further state that I am a Task Force Officer with the Drug Enforcement Administration (DEA) and that this complaint is based on the following affidavit which is attached hereto and made a part of this complaint by this reference.

DATED: HONOLULU, HAWAII: November 30, 2012.

_____
BURT K.A. AKANA
TASK FORCE OFFICER, DEA


Sworn and subscribed before me, this
30th day of November, 2012.

_____
KEVIN S. C. CHANG
UNITED STATES MAGISTRATE JUDGE

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Burt K. A. Akana, after being duly sworn, deposes and says as follows:

1. I am presently a Task Force Officer with the U.S. Drug Enforcement Administration ("DEA"). I am currently assigned to the Honolulu District Office.

2. Since mid 2012, a cooperating source (CS) had provided information to the DEA that Jacob LYMAN was distributing crystal methamphetamine in the State of Hawai'i.

3. The CS under the direction of DEA, placed multiple recorded telephone calls to LYMAN in which LYMAN and the CS discussed the sale/purchase of crystal methamphetamine.

4. On June 29, 2012, LYMAN "fronted" (street vernacular for given in advance of payment) three (3) ounces of crystal methamphetamine to the CS. Later that same day, the CS turned over the crystal methamphetamine to DEA. An analysis by the DEA Southwest Laboratory determined that the three (3) ounces which was "fronted" was 83.6 grams of 98.9% pure d-Methamphetamine.

5. On July 2, 2012, the CS along with an HPD undercover officer met with LYMAN at 46-125 Ha'iku Road, Kane'ohe, Hawai'i 96744 and paid LYMAN $5,400.00 for the previously mentioned "fronted" crystal methamphetamine and also purchased an additional two (2) ounces of crystal methamphetamine from LYMAN for $3,600.00. An analysis by the DEA Southwest Laboratory determined that the two (2) ounces which was purchased was 55.8 grams of 99.6% pure d-Methamphetamine.

6. On July 23, 2012, the same CS along with the same undercover HPD officer purchased two (2) ounces of crystal methamphetamine from LYMAN for $3,600.00 at 46-125 Ha'iku Road, Kane'ohe, Hawai'i 96744. An analysis by the DEA Southwest Laboratory determined that the two (2) ounces which was purchased was 54.7 grams of 99.3% pure Methamphetamine HCl.

7. The July 2, 2012 and July 23, 2012 transactions occurred in the parking lot of 46-125 Ha'iku Road, Kane'ohe,

Hawai'i 96744. This is the address for St. Ann's Model School an educational institution licensed by the Roman Catholic Church, Diocese of Honolulu.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BURT K. A. AKANA
Task Force Officer, DEA

Subscribed and sworn to
before me this 30th day
of November, 2012.

_____
KEVIN S. C. CHANG
UNITED STATES MAGISTRATE JUDGE