FLORENCE T. NAKAKUNI     2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA    2556
Chief, Narcotics Section

CHRIS A. THOMAS          3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808)541-2850
Facsimile:  (808)541-2958
E-mail:     chris.thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 12-01256 JMS |
| | ) | |
| Plaintiff, | ) | SPECIAL INFORMATION AS TO |
| | ) | PRIOR DRUG CONVICTION OF |
| VS. | ) | DEFENDANT PURSUANT TO TITLE |
| | ) | 21, UNITED STATES CODE, |
| JACOB LYMAN, | ) | SECTION 851; CERTIFICATE OF |
| | ) | SERVICE |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**SPECIAL INFORMATION AS TO
PRIOR DRUG CONVICTION OF DEFENDANT PURSUANT
TO TITLE 21, UNITED STATES CODE, SECTION 851**

TO THE HONORABLE JUDGE OF THE ABOVE-CAPTIONED COURT:

Please take notice that the United States proposes to rely

on a prior conviction of the defendant above-named in support of its

claim that said defendant is subject to increased punishment by

reason thereof pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, as amended, as follows:

That Defendant was convicted of conspiracy to possess with intent to distribute, and distribute, 50 grams or more of methamphetamine, a felony drug offense committed from on or about May 1, 2003, to and including September 30, 2003, in violation of Title 21, United States Code, sections 841(a)(1) and 846, in the criminal case entitled <u>United States vs. Jacob Lyman, et al.</u>, U.S. District Court, District of Hawaii, Cr. No. 03-00494 SOM and was sentenced on March 3, 2005, to confinement for a period of 91 months, supervised release of 4 years and a special assessment of $300.  Said felony conviction is final at this time, and was also final as of the time that defendant committed the federal criminal offenses charged in the above-captioned action in this Court.

DATED:  Honolulu, Hawaii, July 22, 2013.

    FLORENCE T. NAKAKUNI
    United States Attorney
    District of Hawaii


By <u>/s/ Chris A. Thomas</u>
    CHRIS A. THOMAS
    Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the attached was duly served upon the following person as set forth below:

        STUART FUJIOKA, Esq.
        E-mail: stuart@snfaal.com

        Attorney for Defendant
        JACOB LYMAN

DATED: Honolulu, Hawaii, July 22, 2013.

/s/ Janice Tsumoto