FLORENCE T. NAKAKUNI     #2286
United States Attorney
District of Hawaii

BEVERLY WEE SAMESHIMA    #2556
Chief, Narcotics Section

CHRIS A. THOMAS          #3514
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:     Chris.Thomas@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 12-01256 DKW |
| | ) | |
| Plaintiff, | ) | |
| | ) | GOVERNMENT'S SENTENCING |
| vs. | ) | STATEMENT; CERTIFICATE OF |
| | ) | SERVICE |
| JACOB LYMAN, | ) | |
| | ) | Sentencing: January 30, 2014 |
| Defendant. | ) | Time:  9:00 a.m. |
| | ) | Judge: Honorable Derrick K. |
| | ) | Watson |
| _____ | ) | |

**GOVERNMENT'S SENTENCING STATEMENT**

The UNITED STATES has no objections or other additions to the Proposed Presentence Investigation Report in the above-captioned matter.

DATED: December 10, 2013, at Honolulu, Hawaii.

    Respectfully submitted,

    FLORENCE T. NAKAKUNI
    United States Attorney
    District of Hawaii

    By   /s/ Chris A. Thomas
       CHRIS A. THOMAS
       Assistant U.S. Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically through CM/ECF:

>BIRNEY B. BERVAR, ESQ.
>bbb.bervar-jones.com
>
>Counsel for Defendant
>JACOB LYMAN

Served by Hand-delivery:

>**U.S. PROBATION OFFICE**
>300 Ala Moana Blvd., Rm. 2-300
>Honolulu, Hawaii  96850
>Attn:  CARTER A. LEE

DATED:  December 10, 2013, at Honolulu, Hawaii.

/s/ Dawn Aihara