BERVAR & JONES
Attorneys at Law
A Law Partnership
BIRNEY B. BERVAR #5482

Alakea Corporate Tower
1100 Alakea Street, 20th Floor
Honolulu, Hawaii 96813
Phone: (808) 550-4990
Fax: (808) 550-4991

Attorney for Defendant
JACOB LYMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 12-01256 DKW |
| | ) | |
| Plaintiff, | ) | **DEFENDANT JACOB LYMAN'S** |
| | ) | **SENTENCING STATEMENT;** |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| JACOB LYMAN, | ) | Date:      January 30, 2014 |
| | ) | Time:      9:00 a.m. |
| Defendant. | ) | Judge:    Hon. Derrick K. Watson |
| | ) | |

## <u>DEFENDANT JACOB LYMAN'S SENTENCING STATEMENT</u>

Defendant Jacob Lyman, through counsel, Birney B. Bervar, has no objections, corrections or additions to the information contained in the draft pre-sentence report.

DATED: Honolulu, Hawaii, December 23, 2013.

/s/ Birney B. Bervar
BIRNEY B. BERVAR
Attorney for Defendant
JACOB LYMAN

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on date and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addressees:

Served Electronically through CM/ECF:

> CHRIS A. THOMAS
> Assistant U.S. Attorney
> <u>Chris.Thomas@usdoj.gov</u>

Served by Hand-Delivery:

> **U.S. PROBATION OFFICE**
> 300 Ala Moana Blvd., Rm. 2-300
> Honolulu, Hawaii 96850
> Attn: CARTER A. LEE

DATED: Honolulu, Hawaii, December 23, 2013.

> /s/ Birney B. Bervar
> BIRNEY B. BERVAR
> Attorney for Defendant
> JACOB LYMAN